UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE CO., | No. 2:18-cv-02746-MCE-KJN |
| Plaintiff, | |
| v. | ORDER |
| ALL NEW PLUMBING, INC., ELLIOTT HOMES, INC., and BROADSTONE LAND, LLC, | |
| Defendants. | |

Presently pending before the court is plaintiff's motion for default judgment against all defendants, which is set for hearing on July 11, 2019. (ECF No. 21.) Pursuant to Local Rule 230(c), defendants were required to file an opposition or statement of non-opposition to the motion no later than fourteen (14) days prior to the hearing date, i.e., by June 27, 2019. Although that deadline has passed, no opposition or statement of non-opposition was filed. Out of an abundance of caution, and in light of the court's desire to resolve actions on the merits, the court provides defendants with one additional, final opportunity to oppose the motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The July 11, 2019 hearing on plaintiff's motion for default judgment is VACATED. The court takes this matter under submission on the papers without oral argument, pursuant to Local Rule 230(g). On its own motion, the court will reschedule a hearing

at a future date, if necessary;

2. Any opposition shall be filed no later than July 22, 2019, and any reply brief is due July 29, 2019;

3. Defendants are cautioned that failure to respond to the motion in compliance with this order will be deemed to be consent by each to a summary grant of the motion, and may result in the imposition of a default judgment against each defendant; and

4. Plaintiff shall promptly serve a copy of this order on defendants at their last-known address, and file a proof of service.

IT IS SO ORDERED.

**DATED:** July 1, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

SD, atain.2746